UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JONATHAN MILLIGAN, )<br>)<br>Petitioner, )<br>)<br>v.                                              )<br>)<br>CHRISTOPHER MELOY, Superintendent, )<br>)<br>Respondent.          ) | No.   1:06-cv-1192-SEB-JMS |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**


Date:  04/24/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jonathan Milligan
DOC #114235
Wabash Valley Correctional Facility
P.O. Box 1111
Carlisle, IN 47838-1111

Pamela Sue Moran
INDIANA STATE ATTORNEY GENERAL
pamela.moran@atg.in.gov